### 39106. WILDWOOD CONSTRUCTION COMPANY v. CADRANEL.

Decided October 6, 1961—Rehearing denied
October 25, 1961.

*Parks & Eisenberg, David S. Eisenberg,* for plaintiff in error.
*Lipshutz, Macey, Zusmann & Sikes,* contra.

NICHOLS, Judge. On the first appearance of this case be-
fore this court it was held that the plaintiff introduced evidence
in support of each of the allegations of his petition and that a
nonsuit should not have been entered. Such decision established
as the law of the case, that such evidence would authorize a
finding that the plaintiff proved his case as laid. On the second
trial the plaintiff's evidence was substantially the same as that
adduced on the first trial, and while the defendant's evidence
tended to contradict such evidence, still a question was pre-
sented for the trior of facts as to whether the evidence of the
plaintiff or that of the defendant was to be believed.

Prior to the second trial the defendant's general demurrer to
the plaintiff's petition as amended was overruled and no ex-
ception has been taken to such judgment, and as long as such
judgment stands unreversed the law of the case is that the
petition set forth a cause of action. See *Cloud v. Stewart,*
92 Ga. App. 247, 249 (88 SE2d 323), and citations.

Where a petition sets forth a cause of action and the plain-
tiff proves his case as laid by a preponderance of the evidence
his is entitled to a recovery. See *McKool v. Naddra,* 100 Ga.
App. 171 (1) (110 SE2d 409), and citations.

While certain of the defendant's evidence contradicted the plaintiff's evidence and sought to impeach the plaintiff's evidence yet the finding for the plaintiff was authorized. The trial court did not err in overruling the defendant's motion for new trial.

*Judgment affirmed. Carlisle, P. J., and Eberhardt, J., concur.*